# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAJI JEMAL LEE,** | : | |
| Petitioner | : | |
| | : | No. 1:13-cv-02353 |
| v. | : | |
| | : | (Judge Kane) |
| **JOHN KERESTES, et al.,** | : | (Chief Magistrate Judge Mehalchick) |
| Respondents | : | |

## ORDER

Before the Court is the November 8, 2021 Report and Recommendation of Chief Magistrate Judge Mehalchick (Doc. No. 126), recommending that this Court deny Petitioner Taji Jemal Lee ("Petitioner")'s pro se motion to reopen and vacate the Court's prior denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 123). No timely objections to the pending Report and Recommendation have been filed.

**ACCORDINGLY**, on this 30th day of November 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** Chief Magistrate Judge Mehalchick's Report and Recommendation (Doc. No. 126);

2. Petitioner's motion to reopen and vacate (Doc. No. 123) is **DENIED**; and

3. This case shall remain **CLOSED**.

                                               s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania